IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 24-cv-02639-CNS-NRN | Date: March 5, 2025 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| GREG SPIEGEL<br><br>**Plaintiff**<br><br>v.<br><br>DISCOUNT TIRE COMPANY OF COLORADO, INC.<br><br>**Defendant** | *Jacqueline Guesno*<br>*Elizabeth Marasco*<br>*Andrew Quisenberry*<br><br><br><br>*Margaret Hogan* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:29 a.m.

Appearance of counsel.

Argument as to [28] Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint given by Ms. Hogan and Ms. Marasco with questions from the Court.

**ORDERED:** **[28] Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED without prejudice.**

**Plaintiff is granted leave to file a Second Amended Complaint within one week as to Claim Four.**

**Settlement Conference with the Magistrate Judge is authorized.**

Court in Recess: 10:54 a.m.      Hearing concluded.      Total time in Court: 00:35